```
JOSEPH SCHLESINGER, #87692
Acting Federal Defender
JEREMY S. KROGER, #258956
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
GABRIEL VAZQUEZ-LANDINO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. 1:12-cr-00378 AWI-BAM-1 |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION TO ADVANCE SENTENCING HEARING; ORDER |
| GABRIEL VAZQUEZ-LANDINO, | ) |
| Defendant. | ) Date: February 4, 2013<br>) Time: 10:00 a.m.<br>) Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties, through their respective counsel, Special Assistant United States Attorney Megan Richards, counsel for plaintiff, and Assistant Federal Defender Jeremy Kroger, counsel for defendant, that the sentencing hearing currently set for March 4, 2013, at 10:00 a.m., **may be advanced and rescheduled to February 4, 2013 at 10:00 a.m.**

The parties request that the date be advanced because there are no contested sentencing issues and because, based on the Presentence Report, the plea agreement contemplates a sentence of time served.

///
///
///
///
///

|   |                              |                                                                                           |
|---|------------------------------|-------------------------------------------------------------------------------------------|
| 1 |                              | BENJAMIN B. WAGNER<br>United States Attorney                                              |
| 2 |                              |                                                                                           |
| 3 | Dated: January 28, 2013      | /s/ Megan A.S. Richards<br>MEGAN RICHARDS                                                 |
| 4 |                              | Special Assistant United States Attorney<br>Attorney for Plaintiff                        |
| 5 |                              |                                                                                           |
| 6 |                              | JOSEPH SCHLESINGER<br>Acting Federal Defender                                             |
| 7 |                              |                                                                                           |
| 8 | Dated: January 28, 2013      | /s/ Jeremy S. Kroger<br>JEREMY S. KROGER                                                  |
| 9 |                              | Assistant Federal Defender<br>Attorneys for Defendant                                     |
| 10|                              | Gabriel Vazquez-Landino                                                                   |

**ORDER**

IT IS SO ORDERED.

Dated: January 28, 2013

_____
SENIOR DISTRICT JUDGE

VAZQUEZ-LANTINO: Stipulation to Advance
Sentencing Hearing / Order        −2−